UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
THOMAS D. GILLIS,                    )
                                     )
              Plaintiff              )
                                     )   Civil Action No.: 03-12389-GAO
vs.                                  )
                                     )
SPX CORPORATION INDIVIDUAL ACCOUNT   )
RETIREMENT PLAN,                     )
                                     )
              Defendant              )
                                     )
```

**AFFIDAVIT OF COUNSEL**

I, Lawrence P. Murray, being under oath do depose and state as follows:

1. I am counsel for the plaintiff in the above-captioned matter.

2. Attached hereto as Exhibit "A" is a true copy of the cover letter enclosing a copy of the Complaint and Summons in this matter transmitted via certified mail #7000-1530-0005-1277-0769.

3. Attached hereto as Exhibit "B" is the original Return Receipt for Exhibit "A".

Signed under the penalties of perjury this 16th day of December 2003

_____
Lawrence P. Murray

00806788

1