# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Thomas D. Gillis

V.

SPX Corporation Individual
Account Retirement Plan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 - 12389 - GAO

FILED
CLERK'S OFFICE
2003 DEC 17 P 2: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

John B. Blystone, President and Chief Executive Officer
SPX Corporation
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence P. Murray, Esq.
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  11/26/03

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Please see Affidavit of Counsel dated 12/16/03.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.