UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>        Plaintiff,<br><br>VS.<br><br>SPX CORPORATION INDIVIDUAL<br>ACCOUNT RETIREMENT PLAN,<br><br>        Defendant. | C.A. NO. 03-CV-12389 GAO |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant, SPX Corporation Individual Account Retirement Plan, in the above-entitled matter.

*/s/ Michael W. Gallagher*
Michael W. Gallagher, Esq.
BBO #: 183400
GALLAGHER & CAVANAUGH, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Dated: 12/31/03

I HEREBY CERTIFY THAT ON 12/31/03, I [SERVED THE]
FOREGOING ON ALL COUNSEL OF RECORD.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482