UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS D. GILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | C.A. NO. 03-CV-12389 GAO |
| ) | |
| SPX CORPORATION INDIVIDUAL ) | |
| ACCOUNT RETIREMENT PLAN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant, SPX Corporation Individual Account Retirement Plan, in the above-entitled matter.

Richard E. Cavanaugh, Esq.
BBO#: 557539
GALLAGHER & CAVANAUGH, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Dated: 12/31/03

I HEREBY CERTIFY THAT ON 12/31/03 I [...]
FOREGOING ON ALL COUNSEL OF RECORD.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482