UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>   Plaintiff,<br><br>VS.<br><br>SPX CORPORATION INDIVIDUAL<br>ACCOUNT RETIREMENT PLAN,<br><br>   Defendant. | C.A. NO. 03-CV-12389 GAO |

### APPLICATION OF THE DEFENDANT, SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN, FOR ADMISSION PRO HAC VICE OF COUNSEL

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for District of Massachusetts, the defendant, SPX Corporation Individual Account Retirement Plan ("SPX Plan"), through its local counsel, Richard E. Cavanaugh, Gallagher & Cavanaugh, LLP, Boott Cotton Mills, 100 Foot of John Street, Lowell, Massachusetts 01852, a member of the bar of the United States District Court for the District of Massachusetts, hereby moves this Honorable Court to admit its counsel in the subject action, namely:

      John F. Ward, Jr.
      Amy K. Trueblood
     JENNER & BLOCK LLP
      One IBM Plaza
     Chicago, Illinois 60611

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

As set forth in the attached Certificates: (1) Attorneys Ward and Trueblood are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts. Further, SPX Plan's, Attorney Cavanaugh, has filed an appearance in this action in accordance with Local Rule 83.5.3(b).

Accordingly, SPX Plan respectfully requests that this Court grant this application and permit Attorneys Ward and Trueblood to appear and practice in this Court in the subject action.

*/s/ Richard E. Cavanaugh/*
Michael W. Gallagher
BBO# 183400
Richard E. Cavanaugh
BBO # 557539
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
Attorneys for the Defendant,
SPX Corporation Individual Account
Retirement Plan

Date: 12/31/03

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

I HEREBY CERTIFY THAT ON 12/31/03 I SERVED THE FOREGOING ON ALL COUNSEL OF RECORD.

*/s/ Richard E. Cavanaugh/*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>    Plaintiff,<br><br>VS.<br><br>SPX CORPORATION INDIVIDUAL<br>ACCOUNT RETIREMENT PLAN,<br><br>    Defendant. | C.A. NO. 03-CV-12389 GAO |

## CERTIFICATE OF JOHN F. WARD, JR.
## FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, John F. Ward, Jr., hereby certify that I am an attorney-at-law duly licensed by and admitted to practice in the State of Illinois and have been since November 1991. I am a partner in the law firm JENNER & BLOCK LLP, the principal office of which is located at One IBM Plaza, Chicago, Illinois.

I hereby certify that:

(1)     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2)     there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREBY, upon the motion of Michael W. Gallagher, Esq., a member of the bar of the United States District Court for the District of Massachusetts, I respectfully request that I be permitted to appear and practice in the above-captioned action.

*John F. Ward, Jr.*
John F. Ward, Jr.
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

Date: December 31, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,       )<br>                         )<br>     Plaintiff,         )<br>                         )<br>VS.                      )<br>                         )<br>SPX CORPORATION INDIVIDUAL )<br>ACCOUNT RETIREMENT PLAN, )<br>                         )<br>     Defendant.         )<br>_____) | C.A. NO. 03-CV-12389 GAO |

### CERTIFICATE OF AMY K. TRUEBLOOD
### FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Amy K. Trueblood, hereby certify that I am an attorney-at-law duly licensed by and admitted to practice in the State of Illinois and have been since November 2003. I am an associate in the law firm JENNER & BLOCK LLP, the principal office of which is located at One IBM Plaza, Chicago, Illinois.

I hereby certify that:

(1)  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2)  there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREBY, upon the motion of Michael W. Gallagher, Esq., a member of the bar of the United States District Court for the District of Massachusetts, I respectfully request that I be permitted to appear and practice in the above-captioned action.

*Amy K. Trueblood*
Amy K. Trueblood
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

Date: December 31, 2003

2