UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>SPX CORPORATION INDIVIDUAL )<br>ACCOUNT RETIREMENT PLAN, )<br>)<br>Defendant. )<br>) | C.A. NO. 03-CV-12389 GAO |

## CORPORATE DISCLOSURE STATEMENT, PURSUANT TO LOCAL RULE 7.3, OF THE DEFENDANT, SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN

Pursuant to Local Rule 7.3, the defendant, SPX Corporation Individual Account Retirement Plan, states that it is a plan qualified under Section 401(a) of the Internal Revenue Code and subject to ERISA and is owned by its beneficiaries with no one beneficiary owning more than 10%. The plan sponsor of SPX Corporation Individual Account Retirement Plan is SPX Corporation.

John F. Ward, Jr.
Amy K. Trueblood
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350
Attorneys for the Defendant,
SPX Corporation Individual Account
Retirement Plan

Date: December 31, 2003