UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No.: 03-12389-GAO |
| vs. ) | |
| ) | |
| SPX CORPORATION INDIVIDUAL ACCOUNT ) | |
| RETIREMENT PLAN, ) | |
| ) | |
| Defendant ) | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1 (D)

Now come the parties, by their respective Counsel, and submit herein their Local Rule 16.1(D) Joint Statement:

(1) **Joint Discovery Plan** –

The Parties do not believe that phased discovery is appropriate in this action.

*September 9, 2004* – All non-expert discovery completed. Interrogatories, document requests, requests for admissions and depositions not to exceed the permitted limit.

*30 days after summary judgment decision rendered* – Plaintiff's Expert Disclosure served, if necessary.

*60 days after summary judgment decision rendered* – Defendants' Expert Disclosure served, if necessary.

Boott Cotton Mills

*90 days after summary judgment decision rendered* – All expert discovery completed.

(2)     **Proposed Schedule for the Filing of Motions** –

*October 29, 2004* – All motions under Fed.R.Civ.P. 56 filed, with oppositions to be filed 21 days thereafter.

*150 days after summary judgment decision rendered* – The Parties will be ready for trial.

(3)     **Certifications** – Certifications pursuant to Local Rule 16.1(D) are submitted herewith or will be filed under separate cover.

Respectfully submitted,

| | |
|---|---|
| **Thomas D. Gillis,** **Plaintiff** **Defendant** | **SPX Corporation Individual Account Retirement Plan,** |
| By his attorneys, | By its attorneys, |

_____
Evelyn Haralampu – BBO #221130
Lawrence P. Murray – BBO #561835
**Burns & Levinson LLP**
125 Summer Street
Boston, MA 02110
(617) 345-3000

_____
Ross B. Bricker, Esq.
**Jenner & Block LLP**
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

Richard Cavanaugh
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Dated: Feb. 23, 2004