UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>      Plaintiff,<br><br>VS.<br><br>SPX CORPORATION INDIVIDUAL<br>ACCOUNT RETIREMENT PLAN,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. NO. 03-CV-12389 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

### APPLICATION OF THE DEFENDANT, SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN, FOR ADMISSION PRO HAC VICE OF COUNSEL

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for District of Massachusetts, the defendant, SPX Corporation Individual Account Retirement Plan ("SPX Plan"), through its local counsel, Richard E. Cavanaugh, Gallagher & Cavanaugh, LLP, Boott Cotton Mills, 100 Foot of John Street, Lowell, Massachusetts 01852, a member of the bar of the United States District Court for the District of Massachusetts, hereby moves this Honorable Court to admit its counsel in the subject action, namely:

                Ross B. Bricker
                Andrew A. Jacobson
              JENNER & BLOCK LLP
                  One IBM Plaza
               Chicago, Illinois 60611

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

As set forth in the attached Certificates: (1) Attorneys Bricker and Jacobson are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts. Further, SPX Plan's local counsel, Attorney Cavanaugh, has filed an appearance in this action in accordance with Local Rule 83.5.3(b).

Accordingly, SPX Plan respectfully requests that this Court grant this application and permit Attorneys Bricker and Jacobson to appear and practice in this Court in the subject action.

Michael W. Gallagher
BBO# 183400
Richard E. Cavanaugh
BBO # 557539
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
Attorneys for the Defendant,
SPX Corporation Individual Account
Retirement Plan

Date: 2/26/04

I HEREBY CERTIFY THAT ON 2/26/04, I SERVED THE FOREGOING ON ALL COUNSEL OF RECORD.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>SPX CORPORATION INDIVIDUAL )<br>ACCOUNT RETIREMENT PLAN, )<br>)<br>Defendant. )<br>) | C.A. NO. 03-CV-12389 GAO |

### CERTIFICATE OF ANDREW A. JACOBSON
### FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Andrew A. Jacobson, hereby certify that I am an attorney-at-law duly licensed by and admitted to practice in the State of Illinois and have been since 1992. I am a partner in the law firm JENNER & BLOCK LLP, the principal office of which is located at One IBM Plaza, Chicago, Illinois.

I hereby certify that:

(1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREBY, upon the motion of Richard E. Cavanaugh, Esq., a member of the bar of the United States District Court for the District of Massachusetts, I respectfully request that I be permitted to appear and practice in the above-captioned action.

Andrew A. Jacobson, Esq.
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

Date: February 24, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>SPX CORPORATION INDIVIDUAL )<br>ACCOUNT RETIREMENT PLAN, )<br>)<br>Defendant. )<br>) | C.A. NO. 03-CV-12389 GAO |

## CERTIFICATE OF ROSS B. BRICKER
## FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Ross Bricker, hereby certify that I am an attorney-at-law duly licensed by and admitted to practice in the State of Illinois and have been since 1980. I am a partner in the law firm JENNER & BLOCK LLP, the principal office of which is located at One IBM Plaza, Chicago, Illinois.

I hereby certify that:

(1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREBY, upon the motion of Richard E. Cavanaugh, Esq., a member of the bar of the United States District Court for the District of Massachusetts, I respectfully request that I be permitted to appear and practice in the above-captioned action.

Ross B. Bricker, Esq.
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

Date: February 24, 2004

2