UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 19  P 1: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS D. GILLIS,  )
)
)
Plaintiff )
) Civil Action No.: 03-12389-GAO
vs. )
)
SPX CORPORATION INDIVIDUAL ACCOUNT )
RETIREMENT PLAN, )
)
Defendant )
)

### JOINT MOTION TO EXTEND SCHEDULE ORDER

Now come the parties, by their respective Counsel and jointly move this Honorable Court to amend and extend the scheduling order in this matter as follows:

*January 18, 2005* – All non-expert discovery completed. Interrogatories, document requests, requests for admissions and depositions not to exceed the permitted limit.

*February 15, 2005* – All motions under Fed. R. Civ. P. 56 filed, with oppositions to be filed 21 days thereafter.

All other dates are to remain the same.

In support of this motion, the parties state that the additional time is required in order to complete discovery in this matter.

1

Respectfully submitted,

| | |
|---|---|
| **Thomas D. Gillis,** **Plaintiff** | **SPX Corporation Individual Account Retirement Plan, Defendant** |
| By his attorneys, | By its attorneys, |

*[signature]*
_____
**Evelyn Haralampu– BBO #221130**
**Lawrence P. Murray – BBO #561835**
**Burns & Levinson LLP**
125 Summer Street
Boston, MA  02110
(617) 345-3000

*[signature]*
_____
**Andrew A. Jacobson, Esq.**
**Jenner & Block LLP**
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350


Richard Cavanaugh, Esq.
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522