UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS D. GILLIS,<br><br>   Plaintiff,<br><br>VS.<br><br>SPX CORPORATION INDIVIDUAL<br>ACCOUNT RETIREMENT PLAN and<br>SPX RETIREMENT ADMINISTRATIVE<br>COMMITTEE,<br><br>   Defendants. | C.A. NO. 03-CV-12389 GAO |

## APPLICATION OF THE DEFENDANTS
## FOR ADMISSION PRO HAC VICE OF COUNSEL

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for District of Massachusetts, defendants, SPX Corporation Individual Account Retirement Plan and the SPX Retirement Administrative Committee (the "SPX Plan"), through its local counsel, Richard E. Cavanaugh, Gallagher & Cavanaugh, LLP, Boott Cotton Mills, 100 Foot of John Street, Lowell, Massachusetts 01852, a member of the bar of the United States District Court for the District of Massachusetts, hereby moves this Honorable Court to admit its counsel in the subject action, namely:

Andrew W. Vail, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

As set forth in the attached Certificates: (1) Attorney Vail is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Further, SPX Plan's, Attorney Cavanaugh, has filed an appearance in this action in accordance with Local Rule 83.5.3(b).

Accordingly, the SPX Plan respectfully requests that this Court grant this application and permit Attorney Vail to appear and practice in this Court in the subject action.

Michael W. Gallagher
BBO# 183400
Richard E. Cavanaugh
BBO # 557539
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
Attorneys for Defendants,
SPX Corporation Individual Account Retirement Plan and SPX Retirement Administrative Committee

Date: April 29, 2005

I HEREBY CERTIFY THAT ON 4/29/05 I SERVED THE FOREGOING ON ALL COUNSEL OF RECORD.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

2