UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>    Plaintiff,<br><br>VS.<br><br>SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN and SPX RETIREMENT ADMINISTRATIVE COMMITTEE,<br><br>    Defendants. | C.A. NO. 03-CV-12389 GAO |

## CERTIFICATE OF ANDREW W. VAIL
## FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Andrew W. Vail, hereby certify that I am an attorney-at-law duly licensed by and admitted to practice in the State of Illinois and have been since 2003. I am a associate in the law firm JENNER & BLOCK LLP, the principal office of which is located at One IBM Plaza, Chicago, Illinois.

I hereby certify that:

(1)    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2)    there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREBY, upon the motion of Richard E. Cavanaugh, Esq., a member of the bar of the United States District Court for the District of Massachusetts, I respectfully request that I be permitted to appear and practice in the above-captioned action.

_____
Andrew W. Vail, Esq.
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

Date: April 29, 2005