UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>Plaintiff<br><br>vs.<br><br>SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN and SPX RETIREMENT ADMINISTRATIVE COMMITTEE,<br><br>Defendants | Civil Action No.: 03-12389-GAO |

**JOINT MOTION TO EXTEND SCHEDULE ORDER**

Now come the parties, by their respective Counsel and jointly move this Honorable Court to amend and extend the scheduling order in this matter as follows:

*October 25, 2005* – All non-expert discovery completed. Interrogatories, document requests, requests for admissions and depositions not to exceed the permitted limit.

*November 29, 2005* – All motions under Fed. R. Civ. P. 56 filed, with oppositions to be filed 21 days thereafter.

All other dates are to remain the same.

In support of this motion, the parties state that Plaintiff filed an amended complaint on March 11, 2005, and additional time is required in order to complete discovery in this matter.

Respectfully submitted,

| | |
|---|---|
| **Thomas D. Gillis,** **Plaintiff** | **SPX Corporation Individual Account Retirement Plan and SPX Retirement Administrative Committee, Defendants** |
| By his attorneys, | By their attorneys, |

_____
**Evelyn Haralampu– BBO #221130**
**Lawrence P. Murray – BBO #561835**
**Burns & Levinson LLP**
125 Summer Street
Boston, MA  02110
(617) 345-3000

_____
Andrew A. Jacobson
Andrew W. Vail
**Jenner & Block LLP**
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

Richard Cavanaugh
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Date: July 5, 2005