UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 24  P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS D. GILLIS,

    Plaintiff

vs.

SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN and SPX RETIREMENT ADMINISTRATIVE COMMITTEE,

    Defendants

Civil Action No.: 03-12389-GAO

### JOINT MOTION TO EXTEND SCHEDULE ORDER

Now come the parties, by their respective Counsel and jointly move this Honorable Court to amend and extend the scheduling order in this matter as follows:

*December 9, 2005* – All non-expert discovery completed. Interrogatories, document requests, requests for admissions and depositions not to exceed the permitted limit.

*January 25, 2006* – All motions under Fed. R. Civ. P. 56 filed, with oppositions to be filed 21 days thereafter.

All other dates are to remain the same.

In support of this motion, the parties state that they have been proceeding with non-expert discovery, including exchanging documents and answers to interrogatories, and setting dates for depositions. Some of that material was only recently exchanged. Therefore, additional time is required in order for the parties to complete discovery and to submit dispositive motions to the Court.

Respectfully submitted,

| | |
|---|---|
| Thomas D. Gillis,<br>Plaintiff | SPX Corporation Individual Account Retirement Plan and SPX Retirement Administrative Committee,<br>Defendants |
| By his attorneys, | By their attorneys, |

_____
Evelyn Haralampu – BBO #221130
Lawrence P. Murray – BBO #561835
**Burns & Levinson LLP**
125 Summer Street
Boston, MA  02110
(617) 345-3000

_____
Andrew A. Jacobson
Andrew W. Vail
**Jenner & Block LLP**
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

Richard Cavanaugh
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Date: October 24, 2005

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the Attorney of record of each other party by mail/hand on Oct 24, 2005

_____
Lawrence P. Murray, Esq.
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110-1626
(617) 345-3000