UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>SPX CORPORATION INDIVIDUAL ACCOUNT )<br>RETIREMENT PLAN and SPX RETIREMENT )<br>ADMINISTRATIVE COMMITTEE, )<br>)<br>Defendants )<br>) | Civil Action No.: 03-12389-GAO |

**JOINT MOTION TO EXTEND SCHEDULE ORDER**

Now come the parties, all discovery having been completed in this case and the parties intending to file dispositive motions, by their respective Counsel and jointly move this Honorable Court to amend and extend the scheduling order in this matter as follows:

*February 8, 2006* – All motions under Fed. R. Civ. P. 56 filed, with oppositions to be filed 21 days thereafter.

All other dates are to remain the same.

In support of this motion, the parties state that they have completed with non-expert discovery, including exchanging documents and answers to interrogatories, and conducting depositions. However, both parties only recently received copies of the deposition transcript from the plaintiff's deposition in this case. Therefore, additional time is required in order to submit dispositive motions to the Court.

*CHICAGO_1360952_1*

2

Respectfully submitted,

| | |
|---|---|
| **Thomas D. Gillis,** **Plaintiff** | **SPX Corporation Individual Account Retirement Plan and SPX Retirement Administrative Committee, Defendants** |
| By his attorneys, | By their attorneys, |
| _____/s/ Lawrence P. Murray_____ **Evelyn Haralampu– BBO #221130** **Lawrence P. Murray – BBO #561835** **Burns & Levinson LLP** 125 Summer Street Boston, MA 02110 (617) 345-3000 | _____/s/ Andrew W. Vail_____ **Andrew A. Jacobson** **Andrew W. Vail** **Jenner & Block LLP** One IBM Plaza Chicago, Illinois 60611 (312) 222-9350 Richard Cavanaugh Gallagher & Cavanaugh, LLP Boott Cotton Mills 100 Foot of John Street Lowell, MA 01852 (978) 452-0522 |

Date: January 23, 2006