**CERTIFICATE OF SERVICE**

I, Andrew W. Vail, an attorney, hereby certify that DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DEFENDANTS' STATEMENT OF MATERIAL FACTS, and EXHIBITS IN SUPPORT filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 8th day of February 2006, as follows:

Evelyn Haralampu BBO#221130
Lawrence P. Murray BBO#561835
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Attorneys for Plaintiff,
Thomas D. Gillis

/s/ Andrew W. Vail
Andrew W. Vail
