# Exhibit 4



SPX Corporation
700 Terrace Point Drive
P.O. Box 3301
Muskegon, MI 49443-3301 USA
Phone: 231-724-5000
Fax: 231-724-5720

November 7, 2001

Mr. Thomas Gillis
13 Water Way
Ashland MA 01721

Dear Mr. Gillis:

I was asked by the Director of Compensation and Benefits to respond to your request for additional information regarding the pension plans you participated in while employed at SPX (including your participation under the former General Signal Pension Plan).

This letter will confirm the normal "sixty day period" to request an appeal of pension benefits will not begin until SPX provides you with the sections of the plan document which describe the formulas used to calculate your benefits. We have requested copies of the calculations for your opening balance, transition benefit and continued pay credits.

I expect to be able to provide you with a complete package of the above elements within the next 30 to 45 days. I will inform you promptly if more time will be required to gather the information you requested in your letter dated 10/22/01.

Sincerely,

*Elaine Krom*

Elaine Krom
Manager, Retirement Plans

Hourly Plan on December 1, 1998 shall participate in this Plan pursuant to Section 3.1 as if this Plan had been in effect from his date of hire, and are otherwise not subject to this Section 22.31.

(d) <u>Continuous and Credited Service</u>. Effective December 1, 1998, the Continuous Employment or Continuous Service (for vesting purposes) and the Credited Service or Benefit Service (for benefit accrual purposes) with respect to each GSX Group Employee who was a participant in the GSX Corporate Plan or the GSX Hourly Plan on November 30, 1998 as shown on the records of the GSX Corporate Plan or the GSX Hourly Plan shall be transferred to this Plan as Continuous Service and Credited Service, respectively. Between December 1, 1998 and December 31, 1998, each such GSX Group Employee shall be credited with Continuous Service and Credited Service in accordance with the service-crediting provisions of the GSX Corporate Plan or the GSX Hourly Plan, as applicable. After 1998, each such GSX Group Employee shall be credited with service for purposes of eligibility, vesting, and benefit accruals pursuant to Section 4 of this Plan.

(e) <u>Former GSX Group Employees with Benefits Being Paid on November 30, 1998</u>. Effective as of December 1, 1998, all benefits of former GSX Group Employees whose benefits under the GSX Corporate Plan or the GSX Hourly Plan were --

    (i)    in pay status on November 30, 1998; or

    (ii)    were the subject of a valid retirement benefit election or direction on or before November 30, 1998

shall become liabilities of this Plan and be paid by this Plan in accordance with the terms of the GSX Corporate Plan or the GSX Hourly Plan, respectively, and as disclosed by the records of the GSX Corporate Plan or the GSX Hourly Plan, respectively.

(f) <u>Terminated Vested GSX Group Employees with Benefits Not Being Paid on November 30, 1998</u>. Effective as of December 1, 1998, all benefits of former GSX Group Employees who had terminated employment with GSX prior to December 1, 1998 with a vested right to a retirement benefit under the GSX Corporate Plan or the GSX Hourly Plan, respectively, but had not yet begun to receive such benefit (the "November 30, 1998 GSX Deferred Vested Benefit") shall become liabilities of this Plan and be paid by this Plan in accordance with this Section 22.31. Set forth in the records of this Plan is information required to calculate the November 30, 1998 GSX Deferred Vested Benefit payable at Normal Retirement Age of the terminated vested GSX Group Employees listed in such records and the records of the GSX Corporate Plan and the GSX Hourly Plan, respectively. The November 30, 1998 GSX Deferred Vested Benefits of such GSX Group Employees shall be expressed as a monthly payment of a single life benefit commencing at age 65. Such benefits shall be subject to the annuity requirements specified in Section 6.6 of this Plan and shall be payable in the optional forms permitted under the GSX Corporate Plan or the GSX Hourly Plan,

ap0672ia.doc

SPXP000511

22.31 <u>Special Provisions for Participants Who Were Former Participants under Corporate Retirement Plan of General Signal Corporation or Pension Plan for Hourly Employees of General Signal Corporation</u>.

(a) <u>Acquisition</u>. Effective October 6, 1998, a wholly owned subsidiary of the Company merged with General Signal Corporation ("GSX"). Effective as of the date of merger, GSX employees became Employees as that term is defined under this Plan.

(b) <u>Merger</u>. Effective as of the close of business on November 30, 1998, the benefits and liabilities of --

(i) the Corporate Retirement Plan of General Signal Corporation (the "GSX Corporate Plan"); and

(ii) the Pension Plan for Hourly Employees of General Signal Corporation (the "GSX Hourly Plan")

were merged into this Plan, and the trust fund assets of the GSX Corporate Plan and the GSX Hourly Plan became assets of the SPX Corporation Pension Trust.

(c) <u>Participation</u>. Effective December 1, 1998, each former GSX employee who was a participant under the GSX Corporate Plan or the GSX Hourly Plan on November 30, 1998 shall become a Participant under this Plan, subject to the special provisions of this Section 22.31. All such employees are referred to in this Section 22.31 as "GSX Group Employees." Each GSX employee who was not yet a participant in either the GSX Corporate Plan or the GSX

SPXP000512

    (h)    <u>Separate Benefit Structure for GSX Corporate Plan Participants from December 1, 1998 to December 31, 1998</u>. From December 1, 1998 to December 31, 1998, GSX Group Employees who--

        (i)    were participants in the GSX Corporate Plan on November 30, 1998; and

        (ii)    became Employees (as defined in this Plan) on December 1, 1998

AP06721A

SPXP000513

shall participate in this Plan, but solely within the benefit structure prescribed in Article V of the GSX Corporate Plan. Any GSX Group Employee described in this subsection (h) who terminates employment with the Employer between December 1, 1998 and December 31, 1998 with a vested retirement benefit under such benefit structure shall have his benefit determined as of December 31, 1998 (the "December 31, 1998 GSX Accrued Benefit"). His December 31, 1998 GSX Accrued Benefit shall be expressed as a monthly payment of a single life benefit commencing at age 65. Such benefit shall be payable in the optional forms permitted under the GSX Corporate Plan pursuant to subsection (l) below, including a lump sum option that would have been automatic if the GSX Corporate Plan had not merged into the Plan. For purposes of converting such GSX Group Employee's December 31, 1998 GSX Accrued Benefit to an actuarially equivalent lump sum payment (if and when available), the provisions of subsection (l) below shall apply.

SPXP000514

(iii) <u>GSX Group Employees Not Receiving Special Early Retirement Incentive</u>. With respect to any GSX Group Employee who does not receive the Special GSX Early Retirement Incentive, his December 31, 1998 GSX Accrued Benefit shall be converted into an opening Account Balance on the basis of the following assumptions:

(A)   the 1983 Group Annuity Mortality Table weighted 50% male and 50% female;

(B)   5¼% (the average annual interest rate on 30-year Treasury securities, as published by the Board of Governors of the Federal Reserve System, for November 1998);

(C)   with respect to any GSX Corporate Plan participant, the actuarial equivalent present value of such participant's December 31, 1998 GSX Accrued Benefit shall include any early retirement subsidies to which he is entitled on January 1, 1999 under the benefit structure described in subsection (h) above; and

(D)   for all other GSX Group Employees (GSX Corporate Plan participants not eligible for a subsidized early retirement benefit on January 1, 1999 and all GSX Hourly Plan participants), a retirement age of age 65, without any early retirement subsidy.

SPXP000515

(k) <u>Benefit Accruals after 1998</u>. Except as provided in subsection (j)(iv) above, any GSX Group Employee who is a Participant under this Plan on January 1, 1999 or becomes a Participant under the Plan thereafter shall accrue benefits after 1998 in the cash balance form described in Section 5 of this Plan as modified by the Transition Credits described in subsection (o) and the Transition Benefit described in (p) below, as applicable (and not under the separate benefit structure described in subsection (h) or (i) above). Upon such Participant's termination of employment with the Employer, he shall be entitled to receive a retirement benefit which is the greatest of --

    (i)    his Accrued Benefit (as defined in Section 2.1(c) of this Plan);

    (ii)    his Transition Benefit under subsection (p) below, if applicable; or

    (iii)    his December 31, 1998 GSX Accrued Benefit, if any.

Such Participant's Accrued Benefit or Transition Benefit shall be payable only in those optional forms of payment permitted under Sections 6.6, 6.7, and 6.8 of this Plan. Such Participant's December 31, 1998 GSX Accrued Benefit shall be payable only in those optional forms of payment permitted under subsection (l) below.

(l) <u>Protection of Benefits</u>. Each participant in the GSX Corporate Plan or the GSX Hourly Plan (whether or not actively employed by the Employer on November 30, 1998), as applicable, shall receive a benefit (expressed in the annuity form) under this Plan immediately after the merger and transfer of assets and liabilities described in this Section 22.31 (if this Plan then terminated) which is equal to or greater than the benefit (expressed in the annuity form) he would have been entitled to receive from the GSX Corporate Plan or the GSX Hourly Plan, as applicable, immediately before the merger (if the GSX Corporate Plan or the GSX Hourly Plan had then terminated). In addition, the following rules shall govern the protection of a GSX Group Employee's November 30, 1998 GSX Deferred Vested Benefit (as defined in subsection (f) above) or December 31, 1998 GSX Accrued Benefit (as defined in subsections (h), (i), and (j) above), as applicable:

(i) <u>GSX Corporate Plan Participants</u>. The November 30, 1998 GSX Deferred Vested Benefit or the December 31, 1998 GSX Accrued Benefit of a GSX Group Employee under the GSX Corporate Plan shall be protected as follows:

(A) <u>Form of Payment for GSX Corporate Plan Participants Eligible for Early Retirement</u>. With respect to a former GSX Corporate Plan participant who satisfies the requirements for an early retirement benefit under the GSX Corporate Plan (attainment of age 55 and completion of at least five years of Continuous Employment) as of the date of his termination of employment with

- 167 -

the Employer, his benefit shall be subject to the annuity requirements specified in Section 6.6 of this Plan. Such benefit shall include all early retirement subsidies for which the participant is eligible at termination under the GSX Corporate Plan and shall be payable in the following optional forms permitted under Article VI of the GSX Corporate Plan (and not in the optional forms provided in Section 6.8 of this Plan), based on the factors used to determine actuarial equivalency under the GSX Corporate Plan:

    (1)    a life annuity option;
    (2)    a 50% joint annuitant option;
    (3)    a 60% joint annuitant option;
    (4)    a $66^2/_3\%$ joint annuitant option;
    (5)    a 75% joint annuitant option;
    (6)    a 100% joint annuitant option;
    (7)    a level income option that provides monthly payments which are larger before age 62 and smaller on or after age 62 than under the life annuity option so as to produce, together with the GSX Group Employee's Social Security benefits, an approximately level total monthly benefit;
    (8)    a five-year period certain and life option;
    (9)    a ten-year period certain and life option; and
    (10)    a lump sum option.

SPXP000517

participant's November 30, 1998 GSX Deferred Vested Benefit or December 31, 1998 GSX Accrued Benefit shall be converted into an actuarially equivalent lump sum payment on the basis of the following assumptions:

(1) <u>Annuity Starting Date between December 1, 1998 and September 30, 1999</u>. If such participant's Annuity Starting Date (as defined in Section 6.9(f) of this Plan) is between December 1, 1998 and September 30, 1999, actuarial equivalency shall be determined as follows:

(I) <u>Termination of Employment before January 1, 1999</u>. With respect to a participant who terminated employment with GSX or the Employer, as applicable, before January 1, 1999, actuarial equivalency shall be based on:

    a.    the 1971 Group Annuity Mortality Table for males;

    b.    the interest rate used by the Pension Benefit Guaranty Corporation for valuing lump sum payments on such participant's Annuity Starting Date; and

    c.    an assumed retirement date of the Participant's Annuity Starting Date.

(II) <u>Termination of Employment on or after January 1, 1999</u>. With respect to a participant who terminated employment with the Employer on or after January 1, 1999, actuarial equivalency shall be based on an assumed retirement date of the participant's Annuity Starting Date, the mortality table specified in Code Section 417(e), and an interest rate equal to:

    a.    the average annual interest rate on 30-year Treasury securities, as published by the Board of Governors of the Federal Reserve System, for November 1998; or

    b.    the average annual interest rate on 30-year Treasury securities, as published by the Board of Governors of the Federal Reserve System, for the second calendar month prior to the calendar month during which the distribution is made,

whichever produces the greater lump sum amount.

SPXP000518

AP06721A

(o) <u>Transition Credits -- Certain Former GSX Hourly Plan Participants</u>. Effective January 1, 1999, each GSX Group Employee who was formerly a participant in the GSX Hourly Plan working at the Edwards Systems Technology, GS Electric, Lightnin or Kayex units, was also a Participant in this Plan on January 1, 1999, and was at least 55 years of age with at least 5 years of Continuous Service under the Plan on that date, shall be eligible for Special Transition Principal Credits instead of the usual Principal Credits made under the Plan. The Special Transition Principal Credits shall be as follows:

(i) Seven percent (7%) of a Participant's Compensation to the Wage Base;

(ii) Eleven percent (11%) of Principal Credits over the Wage Base.

(p) <u>Transition Benefit</u>. Effective October 1, 1999, each GSX Group Employee who was formerly a participant in the GSX Corporate Plan or a participant in the GSX Hourly Plan working at the Edwards Systems Technology, GS Electric, Lightnin or Kayex units and also was a participant in this Plan on January 1, 1999 and was at least 45 years of age with at least 5 years of Continuous Service under the Plan on such date shall be eligible for the Transition Benefit set forth below upon his or her Early Retirement Age unless his or her early retirement was as a result of accepting an early retirement incentive under this Section 22.31.

The Transition Benefit shall be an alternate benefit, determined as follows:

(i) The Participant's Account Balance at Early Retirement, as determined under the Plan (without taking into account the provisions of Section 22.31(j)(iii), which would otherwise include the GSX Corporate Plan's early retirement subsidy in determining the opening Account Balance of a GSX Group Employee eligible for Early Retirement under the GSX Corporate Plan) shall be converted to an Actuarially Equivalent annuity, payable at Normal Retirement Age.

(ii) The monthly amount payable to the Participant at Normal Retirement Age shall be reduced by .25 percent per month for each month prior to his Normal Retirement Age that his Early Retirement Date occurs.

(iii) The Participant may request payment of his benefit in any optional form otherwise available under the Plan. The amount of any optional form of benefit shall be the Actuarial Equivalent of the amount determined above, expressed as a single life annuity. If the Participant requests a lump sum payment (with spousal consent, if applicable), the Actuarial Equivalent of the amount payable at the Participant's Early Retirement Age shall be determined and, if

SPXP000519

AP06721A

annuity. If the Participant requests a lump sum payment (with spousal consent, if applicable), the Actuarial Equivalent of the amount payable at the Participant's Early Retirement Age shall be determined and, if larger than the Participant's Account Balance, shall be paid instead of his Account Balance.

-2-

SPXP000520    AP06721A