Case 1:03-cv-12389-GAO    Document 28-11    Filed 02/08/2006    Page 1 of 4

# Exhibit 5



*SPX Corporation*
*700 Terrace Point Drive*
*P.O. Box 3301*
*Muskegon, MI 49443-3301 USA*
*Phone: 231-724-5000*
*Fax: 231-724-5720*

December 12, 2001

Mr. Thomas Gillis
13 Water Way
Ashland MA 01721

I have enclosed a copy of your pension calculation prepared by Watson Wyatt.

We need more time to compile the applicable sections of the Individual Account Retirement Plan document describing the merger of the Corporate Retirement Plan of General Signal Corporation into the SPX Plan. We also need to compile the proper sections of the former General Signal plan as not all provisions apply to you.

As indicated in earlier correspondence, your sixty days for appeal will not begin until we supply you with the materials you have requested.

Sincerely,

Elaine Krom
Manager, Retirement Plans

SPXP000521

## Employee Data

| Field | Value |
|---|---|
| Name | Thomas Gillis |
| Social Security Number | 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 |
| Pension Plan | 003 |
| Birth Date | 12/02/1942 |
| Address Line 1 | 13 Water St. |
| Address Line 2 | |
| City | Ashland |
| State | MA |
| Zip Code | 01721 |
| Company Code | Lindberg-Watertown |
| Marital Status ("M"arried or "S"ingle) | M |
| Spouse's Birth Date (enter "N/A" if no spouse) | 10/02/1948 |
| Spouse Name (enter "N/A" if no spouse) | Paula Sicard |
| Spouse SSN (enter "N/A" if no) | 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 |
| GSX or SPX | GSX |

## Descriptive Flags

| Field | Value |
|---|---|
| Eligible for Early Retirement at 12/31/1998? | Y |
| Eligible for Early Retirement? | Y |
| Early Retirement Incentive Program? | N |
| Eligible for Vested Benefit? | N |
| Projection WageBase Rate | 0.00% |

## Service Dates/Amounts

| Field | Value |
|---|---|
| Hire Date | 05/10/1965 |
| SPX Credited Service Date | 05/10/1965 |
| Adjusted Hire Date for Continuous Service | 05/10/1965 |
| Plan Entry Date for GSX Credited Service | 07/01/1982 |
| GSX Benefit Service Start Date | 05/10/1965 |
| Termination Date | 12/31/2001 |
| Retirement Date | 01/01/2002 |
| Benefit Commencement Date | 01/01/2002 |
| Prior Plan Service for GSX | - |
| Prior Plan Service -- Post-1988 Transfers-In | - |
| SPX Service at June 30, 1997 | 17.083 |

## Assumed Dates of Future Payments (Assumption must be completed)

| | Date | Form |
|---|---|---|
| DC7 | 01/01/2002 | LS |
| DC3+1 | 02/01/2002 | LS-1 | 46.171,23 | n/a |
| DC3+2 | 03/01/2002 | LS-2 | | 5.42% |
| DC3+3 | 04/01/2002 | LS-3 | TBD | 5.42% |
| Recomputed LumpSum -- IARP does not bottom | | | TBD | 5.42% |

## Benefit Amounts

| Field | Value |
|---|---|
| SPX 6/30/1997 Accrued Benefit? 1 = Y | - None - |
| SPX Grandfather Group | 1 |
| IARP Account Balance at 12/31/1998 | 357,016.83 |
| ADD/Allen Test/Owatonna Minimum Benefit | Corporate Plan |
| GSX 12/31/1998 Plan Formula | 2 |
| Prior Plan Accrued Benefit for GSX | 1,421.65 |
| Prior Plan Accrued Benefit -- Post-1988 TR's-In | 0.00 |
| GSX Corporate Minimum Benefit Rate | 9.50 |
| Estimated Age 62 Soc Sec Benefit | |
| Extended Wear-Away 12/31/1993 Accrued Benefit | |

## Pension Pay History

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2001 | 100,000.00 | 1986 | |
| 2000 | 170,000.00 | 1985 | |
| 1999 | 60,746.19 | 1984 | |
| 1998 | 83,507.46 | 1983 | |
| 1997 | 96,826.27 | 1982 | - |
| 1996 | 85,626.93 | 1981 | - |
| 1995 | 69,410.86 | 1980 | - |
| 1994 | 58,368.38 | 1979 | - |
| 1993 | 53,809.00 | 1978 | - |
| 1992 | 57,856.00 | 1977 | - |
| 1991 | 54,231.19 | 1976 | - |
| 1990 | 43,998.50 | 1975 | - |
| 1989 | 43,123.98 | 1974 | - |
| 1988 | 39,105.83 | 1973 | - |
| 1987 | | 1972 | - |
| 1971 | | 1956 | |
| 1970 | | 1955 | |
| 1969 | | 1954 | |
| 1968 | | 1953 | |
| 1967 | | 1952 | |
| 1966 | | 1951 | |
| 1965 | | 1950 | |
| 1964 | | 1949 | |
| 1963 | | 1948 | |
| 1962 | | 1947 | |
| 1961 | | 1946 | |
| 1960 | | 1945 | |
| 1959 | | 1944 | |
| 1958 | | 1943 | |
| 1957 | | 1942 | |

# SPX Corporation
## Individual Account Retirement Plan
### General Signal Corporate Plan Accrued Benefit Calculation for Thomas Gillis

Page 1

| GSX Formula Accrued Benefit Calculation: | 12/31/1998 | 12/31/1988 |
|---|---|---|
| 1. Monthly Final Average Earnings | 6,412.33 | 6,412.33 |
| 2. Covered Compensation | 2,600.00 | 2,600.00 |
| 3. Final Average Earnings up to Covered Compensation | 2,600.00 | 2,600.00 |
| 4. Final Average Earnings in excess of Covered Compensation | 3,812.33 | 3,812.33 |
| 5. GSX Accrued Benefit for First 10 Years of Benefit Service | - | - |
| 6. GSX Accrued Benefit for Next 20 Years of Benefit Service | 1,281.57 | 644.90 |
| 7. GSX Accrued Benefit for Benefit Service Over 30 Years | 344.63 | - |
| 8. Monthly Prior Plan Benefit Before January 1, 1989 | 1,421.05 | 1,421.05 |
| 9. Monthly Prior Plan Benefit for Post-1988 Transfer-in | - | N/A |
| 10. GSX Formula Accrued Benefit: [(5) + (6) + (7) + (8) + (9)] | 3,047.25 | 2,065.95 |

| Minimum Accrued Benefit Calculations: | | |
|---|---|---|
| 1. Flat Benefit Multiplier (Not Less Than $9.50) | 9.50 | |
| 2. GSX Credited Service | 16.500 | |
| 3. Flat Dollar Accrued Benefit: [(1) * (2)] | 156.75 | |
| 4. Monthly Accrued Benefit Before January 1, 1989 | 2,065.95 | |
| 5. GSX Credited Service After January 1, 1989 | 10.000 | |
| 6. Final Average Earnings | 6,412.33 | |
| 7. Earnings-based Minimum Accrued Benefit: [1.125% * (5) * (6)] + (4) | 2,787.34 | |
| 8. Monthly Prior Plan Benefit on Post-1988 Transfer-in | - | |
| 9. Minimum Accrued Benefit: [Greater of (3) or (7), plus (8)] | 2,787.34 | |

| GSX Corporate Plan Accrued Benefit at 12/31/1998 | | |
|---|---|---|
| | | For Transition: |
| Age at Commencement | 3,047.25 | 3,047.25 |
| Reduction Factor for Early Retirement | 59.000 | 56.000 |
| Retirement Benefit Payable at Commencement Date | 0.8200 | N/A |
| | 2,498.75 | 3,047.25 |

| Initial Account Balance for IARP: | | |
|---|---|---|
| Accrued Benefit at December 31, 1998 | 3,047.25 | 3,047.25 |
| Age at December 31, 1998 | 56.000 | 56.000 |
| Reduction Factor for Early Retirement at December 31, 1998 | 0.7300 | N/A |
| Reduced Benefit at December 31, 1998 | 2,224.49 | 3,047.25 |
| Present Value Factor at December 31, 1998 (GR3U, 5.25%) | 164.9892 | 80.3182 |
| Initial Account Balance at December 31, 1998 | 367,016.83 | 244,749.63 |

i:\001747\01\wp\beneakeup\01372z6001.xls\GSX_Corp

11/29/2001
Page 7

Watson Wyatt

SPXP000523