# Exhibit 10

**JENNER & BLOCK**

November 24, 2003

Jenner & Block, LLC   Chicago
One IBM Plaza           Dallas
Chicago, IL 60611-7603   Washington, DC
Tel 312 222-9350
www.jenner.com

Lawrence P. Murray
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110-1624

Tel 312-923-2878
Fax 312-840-7278
wscogland@jenner.com

Re:   Thomas D. Gillis

Dear Mr. Murray:

We are employee benefits counsel for SPX Corporation ("SPX") and have been working with SPX on this matter. Because of the nature of your November 13, 2003 letter to SPX, we have been asked to respond to you on behalf of SPX.

We appreciate you giving SPX the opportunity to outline its position. Once you have had a chance to review this letter, please call me at your earliest convenience to discuss. As set forth below, it is apparent that Mr. Gillis' claims are not supported by the law or any good faith extension thereof.

As correctly stated in the draft complaint, Mr. Gillis is entitled to receive the greatest of his Accrued Benefit, Transition Benefit and December 31, 1998 GSX Accrued Benefit (the "GSX Accrued Benefit"). Further, as stated in the draft complaint, because the GSX Accrued Benefit is the lowest of the three benefit calculations and not determinative, we will also focus on the Accrued Benefit and Transition Benefit calculations. Based on the terms of the Plan and calculated under the lump sum payment option, Mr. Gillis' Accrued Benefit as of January 1, 2003, is $471,147.90 and greater than his Transition Benefit as of January 1, 2003, of $451,569.24.

## Calculation of Transition Benefit

Opening Account Balance. In calculating a participant's opening account balance, one of the first steps is to determine whether, as of December 31, 1998, the participant (i) was a participant in the General Signal Corporate Plan (the "GSX Plan"), (ii) was at least age 55 and (iii) had at least five years of service in the GSX Plan. If a participant meets all of the above requirements, the opening account balance is calculated to include an early retirement subsidy. If a participant does not meet the above requirements, the opening account balance will not include an early retirement subsidy. This is provided in the footnote found clearly and conspicuously at the bottom of page 1 of the Supplement to Summary Plan Description General Signal Transition Benefit (the "Supplement").

In calculating a Transition Benefit for a participant who has met the requirements described above, the participant's opening account balance (which already includes the early retirement subsidy) is recalculated to remove the net present value of the early retirement subsidy. After the opening account balance has been adjusted for this, the Transition Benefit is calculated. To

SPXP000579

Lawrence P. Murray
November 24, 2003
Page 2

**JENNER&BLOCK**

include the early retirement subsidy in the opening account balance while calculating the Transition Benefit would essentially mean including the early retirement subsidy twice.

Based on the terms of the Plan, Mr. Gillis' opening account balance is $366,329.01 and his opening account balance adjusted to reflect the removal of the early retirement subsidy before the calculation of his Transition Benefit is $244,749.63.

Using the adjusted opening balance, Mr. Gillis' Transition Benefit as of January 1, 2003, is $451,569.24. Please see the attached Exhibit A for calculation of the Transition Benefit. These exhibits were provided previously in the initial denial of Mr. Gillis' claim.

Supplement Example. The example in the Supplement clearly provides that Harry is age 55 as of December 1, 1999. The example does not provide that Harry was age 55 as of December 31, 1998, the date on which his opening account balance was calculated in the example. Since he was not 55 as of December 31, 1998, his opening account balance does not include an early retirement subsidy. Because no early retirement subsidy was included in Harry's opening account balance, no adjustment is necessary.

The calculation that was previously prepared by Arthur W. Anderson Group is done differently than the example referenced in the draft complaint because Mr. Gillis was age 55 as of December 31, 1998 when the balances were converted. Mr. Gillis' opening account balance was calculated to include an early retirement subsidy. In calculating his Transition Benefit, an adjustment to the opening account balance is necessary. Because Mr. Gillis' situation is different than the example in the Supplement, the calculation of the Transition Benefits is different also.

## Grandfathered Benefit

The Grandfathered Group covers former SPX employees who were participating in the Plan on the date it was converted from a standard defined benefit plan to a cash balance plan. The provisions of the Plan relating to the Grandfathered Group provide a benefit to this group under the old defined benefit formula. Mr. Gillis was not an employee of SPX at the time the Plan converted from a standard defined benefit plan to a cash balance plan, therefore, he does not meet the requirements to be included as a member of the Grandfathered group. Mr. Gillis was employed by General Signal Corporation in July of 1997 and covered under the formula in effect under the General Signal Plan.

As outlined in the draft complaint, the Grandfathered Group (see Section 2.1(x) of the Plan) is defined as those participants on July 1, 1997 who had 10 or more years of continuous service on that date and whose age and years of continuous service equal at least 50 on that date. As further provided in the Plan (see Section 2.1(y) of the Plan), a Grandfathered Participant is a participant in the Grandfathered Group or who was in the Grandfathered Group until his termination of employment.

As the Plan Administrator, SPX is required to interpret the terms of the Plan (see Section 12.6 of the Plan). As the intent of the provisions relating to the Grandfathered Group was to provide

Lawrence P. Murray  
November 24, 2003  
Page 3

JENNER&BLOCK

benefits to those certain individuals in the Grandfathered Group, SPX has interpreted and administered the Plan in a manner consistent with this intent. Despite the intricate cross referencing of the various provisions of the Plan, Mr. Gillis is not part of the Grandfathered Group and does not fall within the group of participants who are entitled to receive benefits under the provisions of the Plan relating to the Grandfathered Group.

## Conclusion

Based on the terms of the Plan, Mr. Gillis is entitled to receive the greater of his Accrued Benefit or his Transition Benefit. As of January 1, 2003 calculated in the form of a lump sum, his Accrued Benefit is $471,147.90 compared to his Transition Benefit of $451,569.24.

In addition to outlining SPX's position, please accept this letter as a denial of Mr. Gillis' appeal of the denial of his initial claim for benefits under the Plan.

Please note that if Mr. Gillis decides to file a lawsuit against the Plan, the plan administrator's decision, as reflected in this letter and earlier communications, will receive significant deference from the court and will be subject to the "arbitrary and capricious" standard of review. Further, because it would be an action under Section 502 of ERISA, Mr. Gillis will not be entitled to a jury trial, and SPX has the right to and will ask for attorneys' fees.

If you need any additional information or have any questions or comments, please do not hesitate to contact me. Again, we appreciate you giving SPX the opportunity to respond. Much like you, SPX would like to fully and fairly resolve this matter.

Again, once you have had a chance to review this letter, please call me to discuss.

Sincerely yours,

William L. Scogland

SPXP000581



EXHIBIT A

SPXP000582

# SPX Corporation
## Individual Account Retirement Plan
### Optimal Forms of Payment for Thomas Grillis

| Monthly Minimum Life Annuity at age 65 | Frozen 12/31/1998 Benefit | | IARP Benefit | | Transition Benefit | | Greater Benefit |
|---|---|---|---|---|---|---|---|
| Optional Forms of Payment at 01/01/2003 | Reduction | Benefit | Reduction | Benefit | Reduction | Benefit | |
| Lump Sum Payment | | 413,445.24 | | 471,147.90 | | 451,569.24 | 471,147.90 |
| Life Annuity | | 3,047.25 | N/A | | | | 3,047.25 |
| 50% Joint and Survivor | | 2,590.16 | | 2,951.66 | | 2,829.00 | 2,951.66 |
| 60% Joint and Survivor | 0.8730 | 2,261.21 | 0.8586 | 2,534.30 | 0.8586 | 2,428.98 | 2,534.30 |
| 66 2/3% Joint and Survivor | 0.8520 | 2,206.82 | N/A | - | N/A | - | 2,206.82 |
| 75% Joint and Survivor | 0.8380 | 2,170.55 | 0.8199 | 2,420.07 | 0.8199 | 2,319.50 | 2,420.07 |
| 80% Joint and Survivor | 0.8210 | 2,126.52 | 0.8019 | 2,366.94 | 0.8019 | 2,268.58 | 2,366.94 |
| 100% Joint and Survivor | 0.7750 | 2,007.37 | 0.7522 | 2,220.24 | 0.7522 | 2,127.97 | 2,220.24 |
| 5 Year Certain and Life | 0.9860 | 2,553.90 | N/A | - | N/A | - | 2,553.90 |
| 10-Year Certain and Life | 0.9490 | 2,458.06 | 0.9538 | 2,815.29 | 0.9538 | 2,698.30 | 2,815.29 |
| 15-Year Certain and Life | N/A | - | 0.9024 | 2,663.58 | 0.9024 | 2,552.89 | 2,663.58 |
| 20-Year Certain and Life | N/A | - | 0.8410 | 2,482.35 | 0.8410 | 2,379.19 | 2,482.35 |

# SPX Corporation
## Individual Account Retirement Plan
### Account Balance Development for Thomas Gillis

| | | | | Pension Plan: | Corporate Plan |
|---|---|---|---|---|---|
| Name: | Thomas Gillis | | | Employee Age on Termination Date: | 59.500 |
| SSN: | 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 | | | Spouse Age on Retirement Date: | 54.167 |
| Birth Date: | 12/2/1942 | | | Employee Age on Retirement Date: | 60.000 |
| Spouse's Birth Date: | 10/2/1948 | | | Employee Age on Commencement Date: | 60.000 |
| Hire Date: | 5/10/1965 | | | Employee Age at June 30, 1997: | 54.500 |
| Termination Date: | 6/2/2002 | | | Service at June 30, 1997: | 0.000 |
| Retirement Date: | 1/1/2003 | | | Eligible for SPX Grandfathered Benefit? | N |
| Benefit Commencement Date: | 1/1/2003 | | | GSX 12/31/1998 Plan Formula: | |
| Eligible for Early Retirement? | Y | | | Employee Age at Normal Retirement: | 65.000 |
| SPX Normal Retirement Date: | 1/1/2008 | | | | |
| Social Security Unreduced Ret Age: | 66 | | | | |

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Account Balance at December 31, 1998: | 367,016.83 | | | | |
| Pay through End of Year/Termination Date: | 60,746.19 | 200,000.00 | 100,465.97 | 40,789.54 | |
| Interest Crediting Rate: | 4.51% | 6.11% | 5.42% | 4.08% | 3.28% |
| Social Security Wage Base: | 72,600.00 | 76,200.00 | 80,400.00 | 84,900.00 | 87,000.00 |

**A. Account Balance Development:**

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| 1. Account Balance at Beginning of Year: | 367,016.83 | 385,999.14 | 422,535.69 | 450,898.40 | 471,147.90 |
| 2. Pay up to Wage Base for Year: | 60,746.19 | 76,200.00 | 80,400.00 | 40,789.54 | |
| 3. Pay in Excess of Wage Base for Year: | | 123,800.00 | 20,065.97 | | |
| 4. Principal Credit: [4% * (2)] + [8% * (3)] | 2,429.85 | 12,952.00 | 5,461.28 | 1,631.58 | |
| 5. Months to Termination Date: | | | | 5.00 | |
| 6. Interest Credit to Termination Date: | | | | 7,665.27 | |
| 7. Account Balance at Termination Date: | | | | 460,195.25 | 471,147.90 |
| 8. [(1) + (4) + (6)] | | | | | |
| 9. Interest to Retirement Date: | N/A | N/A | N/A | | |
| 10. Months to Retirement Date: | N/A | N/A | N/A | | |
| 11. Months to Year-End or Commencement Date: | 12.00 | 12.00 | 12.00 | 7.00 | |
| 12. Interest to Year-End or Commencement Date: | 16,552.46 | 23,584.55 | 22,901.43 | 10,952.65 | |
| 13. Account Balance at Year-End or Commencement: | 385,999.14 | 422,535.69 | 450,898.40 | 471,147.90 | |

**B. Estimated Monthly Annuity Payable at Normal Retirement Date (Final amount depends upon actual future interest credits)**

1. Account Balance at Commencement Date: [Item A.13] — 471,147.90
2. Lump Sum Factor Deferred to Normal Retirement Date (RR2001-62 at 4.96%): — 107,098.543
3. IARP Monthly Annuity Payable at Normal Retirement Date: [(1)/(2)] — 4,399.20
4. Estimated Monthly Annuity Payable at Normal Retirement Date — 4,399.20

**C. Monthly Annuity Payable at Retirement Date**

1. Account Balance at Commencement Date: [B.1] — 471,147.90
2. Lump Sum Factor at Commencement Date (RR2001-62 at 4.96%): — 159.621505
3. IARP Monthly Annuity Payable at Commencement Date: [(1)/(2)] — 2,951.66
4. Monthly Annuity Payable at Commencement Date — 2,951.66

SPXP000584

# SPX Corporation
## Individual Account Retirement Plan
### GSX Transition Account Balance Development for Thomas Gillis

| | | |
|---|---|---|
| Name: | Thomas Gillis | Pension Plan: | Corporate Plan |
| SSN | 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 | Employee Age on Termination Date: | 59.500 |
| Birth Date: | 12/7/1942 | Spouse Age on Retirement Date: | 54.167 |
| Spouse's Birth Date: | 10/7/1948 | Employee Age on Retirement Date: | 60.000 |
| Hire Date: | 5/10/1965 | Employee Age on Commencement Date: | 60.000 |
| Termination Date: | 6/2/2002 | Employee Age at June 30, 1997 | 54.500 |
| Retirement Date: | 1/1/2003 | Service at June 30, 1997 | 0.000 |
| Benefit Commencement Date: | 1/1/2003 | Eligible for SPX Grandfathered Benefit? | N |
| Eligible for Early Ret (12/31/1998)? | Y | GSX 12/31/1998 Plan Formula: | |
| Social Security Unreduced Ret Age: | 66 | Employee Age at Normal Retirement: | 65.000 |

**Account Balance at December 31, 1998:**

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Pay through End of Year/Termination Date | 244,749.63 | 200,000.00 | 108,465.97 | 40,789.54 | |
| Interest Crediting Rate: | 4.51% | 6.11% | 5.42% | 4.08% | 3.23% |
| Social Security Wage Base: | 72,600.00 | 76,200.00 | 80,400.00 | 84,900.00 | 87,000.00 |
| Calculation Date | | | | | February 6, 2003 |

**Account Balance Development:**

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| 1. Account Balance at Beginning of Year: | 244,749.63 | 258,217.69 | 286,946.79 | 307,960.59 | 322,320.39 |
| 2. Pay up to Wage Base for Year: | 60,746.19 | 76,200.00 | 80,400.00 | 40,789.54 | |
| 3. Pay in Excess of Wage Base for Year: | - | 123,800.00 | 28,065.97 | | |
| 4. Principal Credit: [(4% * (2)] + 18% * (3)] | 2,429.85 | 12,952.00 | 5,461.28 | 1,631.58 | |
| 5. Months to Termination Date: | | | | 5.00 | |
| 6. Interest Credit to Termination Date: | | | | 5,235.33 | |
| 7. Account Balance at Termination Date: [(1) + (4) + (6)] | N/A | N/A | N/A | 314,827.50 | |
| 8. Months to Retirement Date: | | | | 7.00 | |
| 9. Interest to Retirement Date: | N/A | N/A | N/A | 7,492.89 | |
| 10. Account Balance at Retirement Date: [(7) + (9)] | N/A | N/A | N/A | 322,320.39 | |
| 11. Months to Year-End or Commencement Date | 12.00 | 12.00 | 12.00 | | |
| 12. Interest to Year-End or Commencement Date | 11,038.21 | 15,777.10 | 15,552.52 | | |
| 13. Account Balance at Year-End or Commencement: [(7) + (12)] | 258,217.69 | 286,946.79 | 307,960.59 | 322,320.39 | 322,320.39 |
| 14. Account Balance at Commencement Date (Item 13): | | | | | 322,320.39 |

SPXP000585

## SPX Corporation
### Individual Account Retirement Plan
General Signal Corporate Plan Accrued Benefit Calculation for Thomas Gillis

| | | |
|---|---|---|
| Name: | Thomas Gillis | |
| SSN: | 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 | |
| Birth Date: | 12/7/1942 | |
| Spouse's Birth Date: | 10/2/1948 | |
| Hire Date: | 5/10/1965 | |
| Termination Date: | 6/2/2002 | |
| Benefit Commencement Date: | 1/1/2003 | |
| Retirement Date: | 1/1/2003 | |
| Prior Plan Accrued Benefit for GSX: | 1,421.05 | |
| Prior Plan Accrued Benefit for Post-1988 Transfer-In: | - | |
| Early Retirement Incentive Program? | N | |
| Eligible for Early Retirement at 12/31/1998? | Y | |
| Eligible for GSX Transition Benefit? | Y | |

| | | |
|---|---|---|
| Pension Plan: | | |
| Employee Age at 12/31/1998: | 56.000 | |
| Employee Age on Commencement Date: | 54.167 | |
| Spouse Age on Commencement Date: | 60.000 | |
| Adjusted Hire Date for Continuous Service: | 5/10/1965 | |
| Employee Hire Date for Continuous Service: | 5/10/1965 | |
| Plan Entry Date for Credited Service: | 7/1/1982 | |
| Benefit Service Start Date: | 5/10/1965 | |
| Age difference between Employee and Spouse: | (6.000) | |
| Prior Plan Service for GSX: | 17.083 | |
| Prior Plan Service for Post-1988 Transfer-In: | - | |
| Eligible for Vet Benefit? | N | |
| Eligible for Early Retirement at Termination? | Y | |

### Pensionable Earnings History:

| Year | Amount |
|---|---|
| 1998 | $ 83,507.46 |
| 1997 | 96,826.27 |
| 1996 | 85,626.93 |

### Service Calculations:

| | | 12/31/1998 | | 12/31/1998 |
|---|---|---|---|---|
| Continuous Service | 6/2/2002 | 37.000 | | 33.644 |
| Credited Service | | | 16.500 | 6.500 |
| Benefit Service for GSX: | | | | |
| First 10 Years | | | 12.917 | - |
| Next 20 Years | | | 3.583 | 6.500 |
| Years Over 30 | | | - | - |
| Total Benefit Service for GSX | | | 16.500 | 6.500 |
| Prior Plan Service | | | 17.083 | 17.083 |
| Prior Plan Service on Transfer-In | | | - | - |
| Grand Total Benefit Service | | | 33.583 | 23.583 |

| Year | Amount |
|---|---|
| 1995 | $ 60,410.06 |
| 1994 | 58,368.38 |
| 1993 | 53,809.00 |

| | | | |
|---|---|---|---|
| | 1992 | $ 57,856.00 | 1989 $ 43,123.98 |
| | 1991 | 54,232.19 | 1988 |
| | 1990 | 43,998.50 | 1987 |

**SPX Corporation**
*Individual Account Retirement Plan*
General Signal Corporate Plan Accrued Benefit Calculation for Thomas Ollis

| | 12/30/1998 | 12/30/1998 |
|---|---|---|
| **GSX Formula Accrued Benefit Calculation:** | | |
| 1. Monthly Final Average Earnings | 6,412.33 | 6,412.33 |
| 2. Covered Compensation | 2,600.00 | 2,600.00 |
| 3. Final Average Earnings up to Covered Compensation | 2,600.00 | 2,600.00 |
| 4. Final Average Earnings in excess of Covered Compensation | 3,812.33 | 3,812.33 |
| 5. GSX Accrued Benefit for First 10 Years of Benefit Service | 1,281.57 | 644.90 |
| 6. GSX Accrued Benefit for Next 20 Years of Benefit Service | 344.63 | |
| 7. GSX Accrued Benefit for Benefit Service Over 30 Years | - | |
| 8. Monthly Prior Plan Benefit Before January 1, 1989 | 1,421.05 | 1,421.05 |
| 9. Monthly Prior Plan Benefit for Post-1988 Transfer-In | - | N/A |
| 10. GSX Formula Accrued Benefit: [(5) + (6) + (7) + (8) + (9)] | 3,047.25 | 2,065.95 |
| | | |
| **Minimum Accrued Benefit Calculations:** | | |
| 1. Flat Benefit Multiplier (Not Less Than $9.50) | 9.50 | |
| 2. GSX Credited Service | 16.500 | |
| 3. Flat Dollar Accrued Benefit: [(1) * (2)] | 156.75 | |
| 4. Monthly Accrued Benefit Before January 1, 1989 | 2,065.95 | |
| 5. GSX Credited Service After January 1, 1989 | 10.000 | |
| 6. Final Average Earnings | 6,412.33 | |
| 7. Earnings-based Minimum Accrued Benefit: [1.125% * (5) * (6)] + (4) | 2,787.34 | |
| 8. Monthly Prior Plan Benefit on Post-1988 Transfer-In | - | |
| 9. Minimum Accrued Benefit: [Greater of (3) or (7), plus (8)] | 2,787.34 | |
| | | |
| **GSX Corporate Plan Accrued Benefit at 12/30/1998** | 3,047.25 | |
| Age at Commencement | 60.000 | |
| Reduction Factor for Early Retirement | 0.8500 | |
| Retirement Benefit Payable at Commencement Date | 2,590.16 | |

| | | For Transfer: |
|---|---|---|
| **Initial Accrued Balance for IARP:** | | |
| Accrued Benefit at December 31, 1998 | 3,047.25 | 3,047.25 |
| Age at December 31, 1998 | 56.000 | 56.000 |
| Reduction Factor for Early Retirement at December 31, 1998 | 0.7300 | N/A |
| Reduced Benefit at December 31, 1998 | 2,224.49 | 3,047.25 |
| Theoris Value Factor at December 31, 1998 (GR3U, 5.25%) | 164.9892 | 80.3182 |
| Initial Account Balance at December 31, 1998 | 367,016.83 | 244,749.63 |

SPXP000587

Watson Wyatt

# SPX Corporation
## Individual Account Retirement Plan
### General Signal Corporate Plan Accrued Benefit Calculation for Thomas Gillis

**Pension Benefit Calculation:**

| | |
|---|---|
| IARP Account Balance at Early Retirement Age: | 322,320.39 |
| Actuarial Equivalence Factor (RR2001-62 at 4.96%): | 107.098543 |
| Annuity Payable at Normal Retirement Age | 3,009.57 |
| Early Retirement Factor | 0.9400 |
| Annuity Payable at Early Retirement Age | 2,829.00 |

**Optional Forms of Payment:**

GSX Accrued Benefit as of 12/31/1998:

| | LS Comm Date | LS Red Date | 50% J&S | 60% J&S | 66 2/3% J&S | 75% J&S | 100% J&S | 5 C&C | 10 C&C | 15 C&C | 20 C&C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Age | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 |
| Spouse Age | N/A | N/A | 54.000 | 54.000 | 54.000 | 54.000 | 54.000 | N/A | N/A | N/A | N/A |
| Age Difference | N/A | N/A | -6.000 | -6.000 | -6.000 | -6.000 | -6.000 | N/A | N/A | N/A | N/A |
| Conversion Factor | 159.621505 | 159.621505 | 0.873 | 0.852 | 0.838 | 0.821 | 0.775 | 0.986 | 0.954 | 0.902 | 0.841 |
| Converted Benefit | 413,445.24 | 413,445.24 | 2,261.21 | 2,206.82 | 2,170.55 | 2,126.52 | 2,007.37 | 2,533.90 | 2,458.06 | 2,552.19 | 2,379.19 |

GSX Transition Benefit:

| | LS Comm Date | LS Red Date | 50% J&S | 60% J&S | 66 2/3% J&S | 75% J&S | 100% J&S | 5 C&C | 10 C&C | 15 C&C | 20 C&C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Age | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | | 60.000 | 60.000 | 60.000 |
| Spouse Age | N/A | N/A | 54.000 | 54.000 | 54.000 | 54.000 | 54.000 | | N/A | N/A | N/A |
| Age Difference | N/A | N/A | -6.000 | -6.000 | -6.000 | -6.000 | -6.000 | | N/A | N/A | N/A |
| Conversion Factor | 159.621505 | 159.621505 | 0.859 | N/A | 0.820 | 0.802 | 0.752 | | 0.954 | 0.902 | 0.841 |
| Converted Benefit | 451,569.24 | 451,569.24 | 2,428.98 | | 2,319.50 | 2,268.58 | 2,127.97 | | 2,698.30 | 2,552.19 | 2,379.19 |

SPXP000588