# Exhibit 11

Gillis

EXHIBIT NO. 3

12-6-05

# *Building for Tomorrow...*



**SPX Corporation**

Financial
Security
*Plans*

*For New SPX Associates*

*September/October 1999*

# Why We Are Here

- To help you understand the transition from the former General Signal retirement plans to the SPX Financial Security Plans

- To describe the details of the new Individual Account Retirement Plan (IARP)

- To explain what you can expect on your upcoming personalized statement

- Answer your questions

# What We Will Cover

- Background information
- Individual Account Retirement Plan (IARP) features
- Examples of how the IARP works
- Details on the sample statement
- Overview of:
  - SPX Retirement Savings and Stock Ownership Plan and enhancements
  - Opportunity with Employee Stock Purchase Plan as units move to PeopleSoft
  - Additional information you can expect to receive soon

# Background

## SPX Total Compensation Program

| Compensation Plans | Flexible Benefit Plans | Financial Security Plan |

5

# Background

- SPX Corporation acquired General Signal in October 1998

- To support "one SPX team," the same benefit opportunities are being provided among SPX associates

- Includes transitioning into SPX Financial Security Plans:
  - Move from traditional to account-based pension plan (Individual Account Retirement Plan)
  - Transition to enhanced SPX Retirement Savings and Stock Ownership Plan
  - Opportunity to participate in Employee Stock Purchase Plan as units move to PeopleSoft

# Why Move to SPX Financial Security Pl...

- Provide consistent benefit opportunities for SPX associates
- Help SPX attract/retain key talent by better meeting needs of today's work force
- Provide flexibility by allowing vested account to be portable if leaving SPX prior to retirement
- Help facilitate career movement between SPX units

# What's Happening to the Benefits I Had Under the General Signal Plans?

## Former Plan:

- Benefits earned as of 12/31/98, under former General Signal pension plans are protected by law and can't be reduced

- Former monthly benefit converted to an equivalent lump sum amount in today's dollars to create opening account balance as of 1/1/99

# What's Happening to the Benefits I Had Under the General Signal Plans? (cont.)

## Retirement Savings Plan:

- Former savings plan balance was **transferred** into SPX plan

- **Pre-tax contribution rate prior to 1/1/99 continues to be made**

- **Freedom to invest in 50 different funds**

- Any after-tax contributions stopped as of 1/1/99

- Your account is updated daily rather than quarterly

# Closer Look at the SPX Individual Account Retirement Plan



## SPX Financial Security Plans

Individual Account Retirement Plan

+

Retirement Savings and Stock Ownership Plan

+

Employee Stock Purchase Plan

| Principal Credit | Interest Credit | Your Contributions | SPX Matching Contribution | Your Contributions | SPX Matching Contribution |

10

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

- The Individual Account Retirement Plan is considered a "cash balance plan."
- How a "cash balance plan" works:
  - Defines a participant's benefit as an employer-maintained "account balance"
  - Employer has investment responsibility and assumes any risk
  - Account grows with company-paid principal credits and guaranteed interest credits
  - Lump sum payments allowed
  - Associates who leave prior to retirement have flexibility — can take vested account with them
  - Protected by PBGC

## Closer Look at the SPX
## Individual Account Retirement Plan (cont.

- History of cash balance plans
  - Traditional pension plans no longer met needs of employers and associates
  - Cash balance plans developed in mid-1980's
    - strengths of traditional pension plans
    - strengths of savings plans
  - Many companies have or are converting traditional pension plans to cash balance plans

# Closer Look at the SPX
# Individual Account Retirement Plan (con:

- ## We're in good company

  - 3M
  - Aetna
  - Ameritech
  - AT&T
  - BankOne
  - Bank of America
  - BCBSM
  - CIGNA
  - Dana Corp.
  - Detroit Diesel
  - Dow Chemical

  - EDS
  - Eastman Kodak
  - Federal-Mogul
  - Henry Ford Health System
  - Herman Miller
  - IBM
  - NationsBank
  - Owens Corning
  - Ralston Purina
  - RJR/Nabisco
  - Xerox

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

- There has been recent press on these types of plans
- The key issues driving this include:
  - ◆ Companies masking motives
  - ◆ Sending unclear/inconsistent messages
  - ◆ Not acknowledging benefit reductions
  - ◆ Under communicating
- SPX is committed to communicating openly and honestly about the plan and impact on associates

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

## Individual Account Retirement Plan (=)

### (+)

| Strengths of Traditional Pension Plans | Strengths of Retirement Savings Plans |
|---|---|
| ◆ Company-paid | ◆ Individual account balance |
| ◆ Dependable income | ◆ Easy benefit formula |
| ◆ Secure income | ◆ Access to vested benefit prior to retirement |
| ◆ Protected environment (PBGC) | ◆ Variety of payment options, including lump sum option |

15

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

- **Who is eligible?**
  - Most salaried and hourly non-union SPX associates
  - Participants in the former General Signal plans with one year of service as of 11/30/98
    - Hourly Plan
    - Salaried Plan

16

# Closer Look at the SPX Individual Account Retirement Plan (cont.)

- **Who is *not* eligible?**
  - Associates with less than one year of service
  - Represented (union) associates
  - Retirees already receiving payments prior to 1/1/99
  - Various hourly groups in certain locations

# Closer Look at the SPX
# Individual Account Retirement Plan (co...

- When can I participate in the plan?
  - Immediately, if you were in the former plan and had one year of service as of 11/30/98, no enrollment was needed
  - Associates without one year of service or hired on or after 11/30/98, become participants after one year of service
    - Benefit is then calculated from date of hire

18

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

## How was my opening account balance calculated?

**Step 1**

Monthly "former plan" benefit (12/31/98)

**(x)**
(Multiplied by)

**Step 2**

The present value conversion factor (varies based on age)



**Step 3**

**(=)**
(Equals)

Your equivalent lump sum "opening account balance" in today's dollars (1/1/99)



19

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

■ **Example of calculating opening balance**

Example 1: Associate age 50

Step 1: Monthly former plan benefit at age 65    $200/m.
(as of 12/31/98)

Step 2: Multiplied by the present value    (x) <u>57.8455</u>
conversion factor

Step 3: Individual Account Retirement    (=) $11,569
Plan opening balance (as of 1/1/99)

## Closer Look at the SPX
## Individual Account Retirement Plan (cont.)

- ■ **Example of calculating opening balance**

**Example 2: Associate age 40**

Step 1: Monthly former plan benefit at age 65    $200/m.
(as of 12/31/98)

Step 2: Multiplied by the present value    (x)    <u>34.1261</u>
conversion factor

Step 3: Individual Account Retirement    ·(=)    $6,825
Plan opening balance (as of 1/1/99)

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

- ## Example of calculating opening balance

**Example 3:** Associate age 30

    **Step 1:** Monthly former plan benefit at age 65   **$200/m.**
           (as of 12/31/98)

    **Step 2:** Multiplied by the present value    **(x)  20.3253**
           conversion factor

    **Step 3:** Individual Account Retirement   **(=)  $4,065**
           Plan opening balance (as of 1/1/99)

# Closer Look at the SPX Individual Account Retirement Plan (con...

- **How does my account grow over time?**
  - ◆ Principal credits made by SPX
    - › 4% of pay up to the Social Security Wage Base
    - › 8% of pay over the Social Security Wage Base
    - › Credited annually
  - ◆ **Interest** credits made by SPX
    - › **Rate** based on five-year Treasury rate
    - › 1999 = 4.51%
    - › Credited annually
    - › Compounded annually