# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

- **Example #1 of Account Growth in a Year (Assumes $20,000 annual pay)**

  - Step 1: 1/1/99 opening account balance      $4,065
  - Step 2: 4.51% interest credit  (.0451 x 4,065) (+)    $183
  - Step 3: 4% principal credit    (.04  x 20,000) (+)    $800

    Ending 1999 balance =      $5,048

## Closer Look at the SPX
## Individual Account Retirement Plan (cont.

- **Example #2 of Account Growth in a Year**
  **(Assumes $40,000 annual pay)**

  - Step 1: 1/1/99 opening account balance                          $4,065
  - Step 2: 4.51% interest credit  (.0451 x 4,065) (+)      $183
  - Step 3: 4% principal credit      (.04 x 40,000) (+)    $1,600
    Ending 1999 balance =                                               $5,848

## Closer Look at the SPX
## Individual Account Retirement Pl

- **Example #3 of Account Growth in a Year**

  **(Assumes pay of $75,000; 1999 Social Security Wage Base of $72,600)**

  - Step 1: 1999 opening account balance of         $11,569
  - Step 2: 4.51% interest credit   (.0451 x 11,569) (+)    $522
  - Step 3: 4% principal credit        (.04 x 72,600) (+)  $2,904
  - Step 4: 8% additional principal credit

    (.08 x 2,400) (+)    $192

  - Step 5: Ending 1999 account balance              (=)$15,187

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

## ■ How will my future benefits be impacted?

Assumptions: 5% annual interest credit for all years
no change in annual pay, principal credits, or Social Security taxable wage base.

| Annual Pay | Annual Principal Credit to Account Balance | Years of Covered Employment | | | |
|---|---|---|---|---|---|
| | | 5 Years | 10 years | 20 years | 30 Years |
| $20,000 | $800 | $4,421 | $10,062 | $26,453 | $53,151 |
| $40,000 | $1,600 | $8,841 | $20,125 | $52,906 | $106,302 |
| $60,000 | $2,400 | $13,262 | $30,187 | $79,358 | $159,453 |

# Closer Look at the SPX
# Individual Account Retirement Plan (con't)

- **How can I monitor the growth of my account?**
  - ◆ All participants will receive annual statements
  - ◆ Will include:
    - ➢ current balance
    - ➢ principal credits
    - ➢ interest credits
    - ➢ vesting status

# Closer Look at the SPX
# Individual Account Retirement Plan

- **How is my account balance invested?**
  - Same as under the former plan
  - Associates have no investment risk
  - Account balance only grows; no losses due to investment performance
  - SPX investment committee oversees assets held

# Closer Look at the SPX
# Individual Account Retirement Plan (con

- ## When do I "own" my account?
  - ◆ After five years of service
  - ◆ Your former General Signal vesting service is counted
  - ◆ No partial vesting

30

# Closer Look at the SPX
## Individual Account Retirement Plan (cont.)

- **When can I receive my vested account balance?**
  - ◆ Upon retirement
  - ◆ Upon leaving SPX for any reason
  - ◆ Can elect to receive benefit immediately or defer until later date
  - ◆ No in-service withdrawals or loans available

51

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

- **What happens to my account if I die before receiving my account?**
  - ◆ If you are vested:
    - › you're entire account will be paid to your spouse if married or beneficiary if not
    - › payment to spouse is in a form of an annuity for life of your spouse
    - › amount is equal to the actuarial equivalent to 100% of your account balance
    - › payments start immediately
  - ◆ If not vested:
    - › no benefit continues to your spouse

# Closer Look at the SPX
## Individual Account Retirement Plan (cont.)

- **What payment options are available?**
  - ◆ Lump sum
  - ◆ Variety of monthly payment options
    - ➢ Life annuity is normal form if single
    - ➢ Joint and 50% survivor is normal form if married
  - ◆ Leave in plan
  - ◆ Roll over the full value to another employer's qualified plan or into an IRA
  - ◆ Automatically paid as lump sum if $5,000 or less

# The Bottom Line

## Comparing the features of the former pension plan and the Individual Account Retirement Plan

| Plan Feature | Former Plan | New Individual Account Retirement Plan |
|---|---|---|
| Earning benefits | • You don't earn significant benefits unless you stay with SPX until retirement | • You earn benefits consistently throughout your career |
| Value of benefits | • Based on complicated formula and shown as monthly benefit at normal retirement age | • Simple formula and shown as a single account balance in today's dollars |
| Vesting/ownership of benefit | • Own benefit after five years of service | • Same |
| Access to benefit | • Must wait until retirement to receive benefit | • You have access to your vested balance when you leave the company for any reason |

34

## The Bottom Line

- Am I better off under the former plan or the new plan?

    - SPX conducted thorough due diligence to analyze the impact of changes

    - Overall, the majority of associates are better off under the new SPX Financial Security Plans

    - Under the new plans, there were a small number of employees who would have received a lesser future benefit

    - As a result, SPX is providing transition benefits to these associates

35

## The Bottom Line (cont.)

- Am I better off under the former plan or the new plan? (continued)
  - ◆ Other considerations:
    - ➢ Level of EVA bonus impacts balance — as it increases, so does your account balance
    - ➢ Whole benefit paid under new plan if you die before retirement
    - ➢ Access to account when you leave SPX before retirement
    - ➢ More payment options
    - ➢ Deferred benefit continues to earn interest

# Closer Look at the SPX
# Individual Account Retirement Plan (con...

- Transition benefit provided to help ensure comparable benefits
  - Separate calculation made at time of retirement
- Eligibility:
  - Former General Signal salaried plan participants
  - At least age 45 with five or more years of service as of 1/1/99
  - Must retire on or after age 55
  - Must retire after 10/1/99

# Closer Look at the SPX
# Individual Account Retirement Plan (cont.)

- **Transition benefit description:**
  - ◆ Your account balance at retirement is converted to an age 65 benefit
  - ◆ The age 65 benefit is reduced 3%/year to early retirement age
  - ◆ This early retirement life annuity will be paid to you if it is greater than regular Individual Account Retirement Plan life annuity
  - ◆ If you retire early, you may receive the lump sum value of the transition benefit if more than the original Individual Account Retirement Plan balance at retirement



Understanding Your Upcoming Statement

# What If You're Not Sure The Statement Correct?

- Contact Human Resources for correction form
- On form, list in detail what is in question
- Return form and back-up documentation to Human Resources
- Human Resources will follow up and get back to you

# The SPX Retirement Savings and Stock Ownership Plan



# The SPX Retirement Savings Plan

- The transition to the SPX Retirement Savings Plan, as of 1/1/99:
  - Former plan merged with SPX Retirement Savings Plan
  - Account balance transferred (including any loans)
  - Contribution elections continued automatically
  - Opportunity to redirect investments once transferred
  - Any after-tax contributions under General Signal Plan stopped

# The `SPX Retirement Savings Plan (cont.)

- **What enhancements have been made?**
  - ◆ Increased company match from (4% to 5%)
  - ◆ More investment funds
  - ◆ Account value determined on daily basis (rather than quarterly)
  - ◆ Access to telephonic voice response system and Internet

# The SPX Retirement Savings Plan (cont.)

- How does the plan work?
  - Pre-tax contributions of 1-17% of pay
    - Up to $10,000
  - SPX enhanced matching contribution:
    - $1 for $1 match up to 4% of pay
    - $.50 on every $1 on next 2% of pay
  - SPX contribution made initially in common stock
  - Immediate vesting
  - More investment funds
  - May take approved loans/hardship withdrawals
  - Access to account when you leave SPX for any reason

# SPX Employee Stock Purchase Plan

## SPX Financial Security Plans

**Individual Account Retirement Plan**

**+**

**Retirement Savings and Stock Ownership Plan**

**+**

**Employee Stock Purchase Plan**

| Principal Credits | Interest Credits |
|---|---|

| Your Contributions | SPX Matching Contribution |
|---|---|

| Your Contribution | SPX Matching Contribution |
|---|---|

13

# SPX Employee Stock Purchase Plan

- How does the plan work?
  - Opportunity to build future wealth by contributing to Stock Purchase Plan
  - Can invest from 1-10% of pay on after-tax basis
  - For every $1 you invest, SPX adds $.15 to your account
  - SPX pays brokerage fee
  - Will be rolled out in January 2000; available as units move to PeopleSoft

# Stock Price Performance - 1/1/97 to Present

# The Bottom Line

- The SPX Financial Security Plans include changes and improvements:
  - ◆ Added lump sum and portability features under the IARP
  - ◆ Increased Savings Plan company match
  - ◆ New opportunity to participate in Employee Stock Purchase Plan and receive a company match
  - ◆ SPX commitment to providing you with the tools and flexibility to build future wealth
  - ◆ Total dollar value of future benefit may be less for small number of associates
    - ➢ Transition benefits provided to these associates
- These resources, when working together, are comparable or stronger than the former General Signal retirement plans

# What Does All This Mean to You?

- Consistent benefits among SPX associates
- Competitive benefits package
- Added flexibility
- Opportunity to build wealth for the future, in addition to Social Security and other personal savings

# What to Expect in October?

- Special Edition of "Update on Benefits" – details the Financial Security Plans

- Personalized Retirement Statement – explains your individual calculations

- Summary Plan Description – provides detailed information on the IARP

- Hotline – answers any questions you may have (1-800-465-2935)

48