# Exhibit F

Case 1:03-cv-12389-GAO   Document 28-35   Filed 02/08/2006   Page 1 of 5

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

No. 03-CV-12389-GAO

*************************

THOMAS D. GILLIS,

           Plaintiff

  vs.

SPX CORPORATION INDIVIDUAL

RETIREMENT PLAN and

SPX RETIREMENT

ADMINISTRATIVE COMMITTEE,

           Defendants

*************************

VOLUME: I

PAGES: 1-87

DEPOSITION OF THOMAS D. GILLIS

DECEMBER 6, 2005

G&M Court Reporters, Ltd.
617-338-0030

ORIGINAL

Page 2

1  DEPOSITION OF THOMAS D. GILLIS, a witness
2  called on behalf of the Defendants,
3  pursuant to Federal Rules of Civil
4  Procedure, before Judith McGovern
5  Williams, Certified Shorthand Reporter
6  No. 130993, Registered Professional
7  Reporter, Certified Realtime Reporter,
8  Certified LiveNote Reporter, and Notary
9  Public in and for the Commonwealth of
10 Massachusetts, at the offices of Burns &
11 Levinson L.L.P., 125 Summer Street,
12 Boston, Massachusetts  02110-1624 on
13 Tuesday, December 6, 2005, commencing at
14 10:00 a.m.
15
16
17
18
19
20
21
22
23
24

1        of the work you were doing?
2   A.   No. I was now alone selling the product
3        throughout the New England area and also
4        parts of New York.
5   Q.   And I take it that involved being on the
6        road for sales calls and those sorts of
7        things?
8   A.   Yes, it did.
9   Q.   When did your employment with SPX end?
10  A.   In 2002.
11  Q.   What were the circumstances of that?
12  A.   I was laid off.
13  Q.   Okay. Do you recall when in 2002 that
14       was?
15  A.   June 20th.
16  Q.   In connection with the cessation of your
17       employment at that time, were you -- was
18       the subject of your retirement addressed
19       at that point?
20  A.   I don't believe so. No.
21  Q.   I take it you weren't called back after
22       June 20, 2002?
23  A.   No.
24  Q.   Who terminated your employment or advised

```
1          you of the termination of your employment?
2     A.   Mr. Stuart Lunnick, L-U-N-N-I-C-K, I
3          believe it is spelled.
4     Q.   What did he tell you?
5     A.   That that was my last day I was working.
6     Q.   Okay.  Had you prior to the date of the
7          termination of your employment in June of
8          2002 explored the possibility of retiring
9          earlier than that?
10    A.   How do you mean "explore the possibility"?
11    Q.   Well, did you personally consider leaving
12         the employment of SPX prior to June 20th
13         of 2002?
14    A.   I did --
15                   MR. MURRAY:  Objection.
16                   You can answer.
17                   THE WITNESS:  Can I answer?
18                   MR. MURRAY:  Yes.
19    A.   I did consider it.  The timing, I'm not
20         sure if it was six months or earlier, but
21         I did consider it.  Yes.
22    Q.   Okay.  Did you do anything in connection
23         with your consideration of that to explore
24         your retirement benefits or anything like
```