UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THOMAS D. GILLIS, | ) |
|             Plaintiff | ) ) ) Civil Action No.: 03-12389-GAO |
| vs. | ) ) |
| SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN and SPX RETIREMENT ADMINISTRATIVE COMMITTEE, | ) ) ) ) |
|             Defendants | ) ) |

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Now come the parties having already filed dispositive motions in this matter, by their respective Counsel and jointly move this Honorable Court to amend and extend the scheduling order in this matter as follows:

*March 13, 2006* – Parties to file their respective briefs in opposition to the motions for summary judgment that were filed on February 8, 2006.

All other dates are to remain the same.

In support of this motion, the parties state that they have filed cross-motions for summary judgment and are preparing responses to each other's motions. The parties have discussed and agreed that additional time is required in order to submit such briefing to the Court.

2

| | |
|---|---|
| Respectfully submitted, | |
| **Thomas D. Gillis,** **Plaintiff** | **SPX Corporation Individual Account Retirement Plan and SPX Retirement Administrative Committee, Defendants** |
| By his attorneys, | By their attorneys, |
| _s/ Lawrence P. Murray_ | _s/ Andrew W. Vail_ |
| **Evelyn Haralampu– BBO #221130** **Lawrence P. Murray – BBO #561835** **Burns & Levinson LLP** 125 Summer Street Boston, MA  02110 (617) 345-3000 | **Andrew A. Jacobson** **Andrew W. Vail** **Jenner & Block LLP** One IBM Plaza Chicago, Illinois 60611 (312) 222-9350 |
| | Richard Cavanaugh Gallagher & Cavanaugh, LLP Boott Cotton Mills 100 Foot of John Street Lowell, MA 01852 (978) 452-0522 |

Date: February 27, 2006