UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN and SPX RETIREMENT ADMINSTRATIVE COMMITTEE,<br>　　　　　　Defendants | Civil Action No.: 03-12389-GAO |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN RESPONSE TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Thomas D. Gillis, hereby moves this honorable Court for leave to file his Reply Memorandum in response to Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment. In support of this motion, Plaintiff states that he seeks leave to address specific and limited legal and factual errors set forth in the Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment including, but not limited to, an incomplete analysis by the defendants' actuary. Plaintiff further believes that his reply will further clarify the issues and otherwise assist the Court in deciding the matter before it.

No date for oral argument has been set yet and no party will suffer any prejudice by the allowance of this motion.

WHEREFORE, Plaintiff respectfully requests that this honorable Court grant the within Motion and further requests fourteen (14) days to file such reply brief after receipt of the Court's action on this motion.

        Respectfully submitted,

        Plaintiff,

        **THOMAS D. GILLIS**
        By his attorneys,

        /s/ Lawrence P. Murray
        Lawrence P. Murray BBO #561835
        Evelyn A. Haralampu BBO #221130
        Burns & Levinson LLP
        125 Summer Street
        Boston, MA 02110
        (617) 345-3000

## Rule 7.1(A)(2) Certificate

I, Lawrence P. Murray certify that I have conferred in a good faith attempt to resolve or narrow the issue presented in this motion prior to filing said motion.

        /s/ Lawrence P. Murray
        Lawrence P. Murray

## CERTIFICATE OF SERVICE

I hereby certify that this document filed though the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 4, 2006.

        /s/ Lawrence P. Murray
        Lawrence P. Murray