UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                )
THOMAS D. GILLIS,                               )
                                                )
                        Plaintiff               )
                                                )      Civil Action No.:  03-12389-GAO
vs.                                             )
                                                )
SPX CORPORATION INDIVIDUAL ACCOUNT  )
RETIREMENT PLAN and SPX RETIREMENT   )
ADMINSTRATIVE COMMITTEE,              )
                        Defendants        )
_____)

## MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, Thomas D. Gillis ("Mr. Gillis"), hereby respectfully requests that the Court

grant him leave to file a short (three-page) response to Defendants' Notice of Supplemental

Authority which was filed on September 1, 2006 (docket no. 36).  Mr. Gillis's proposed response

is attached hereto as Exhibit A.

In support of this motion Mr. Gillis states: Defendants' "Notice" brought to the Court's

attention a Seventh Circuit case, *Cooper v. IBM Personal Pension Plan et al.*, __ F. 3d __, 2006

WL 2243300, No. 99-829-GPM (Aug. 7, 2006), which was decided subsequent to oral argument

on the cross motions for summary judgment in the present case.  Defendants' "Notice" did not

simply notify the Court of the decision, however, but contained several pages of argument about

how the *Cooper* case supposedly supports their position in the present action.  Mr. Gillis simply

requests an opportunity to respond to Defendants' arguments and explain to the Court how the

*Cooper* case actually supports his claims.

WHEREFORE, Mr. Gillis respectfully requests that the Court grant the instant motion

and permit him to file the attached Memorandum to Supplement Plaintiff's Summary Judgment

Record to Address Seventh Circuit Case.

Respectfully submitted,
Plaintiff,

**THOMAS D. GILLIS**
By his attorneys,

/s/ Michael P. Twohig
Lawrence P. Murray BBO # 561835
Evelyn A. Haralampu BBO # 221130
Michael P. Twohig BBO # 648079
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000

Dated: September 8, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Michael P. Twohig, counsel for plaintiff Thomas D. Gillis, hereby
certify that I conferred with Andrew W. Vail, counsel for defendants, via telephone on
September 7, 2006, regarding this motion.  I further certify that the parties were unable to reach
agreement with respect to the relief requested in this motion.

/s/ Michael P. Twohig
Michael P. Twohig

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party through the Court's electronic filing system on September 8, 2006.


/s/ Michael P. Twohig
Michael P. Twohig