UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. GILLIS,<br><br>Plaintiff<br><br>vs.<br><br>SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN and SPX RETIREMENT ADMINSTRATIVE COMMITTEE,<br>Defendants | Civil Action No.: 03-12389-GAO |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Thomas D. Gillis, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from final judgment on an order of the District Court allowing summary judgment in favor of Defendants, SPX Corporation Individual Account Retirement Plan and SPX Retirement Administrative Committee, and denying summary judgment in his favor, entered on April 2, 2007.

Respectfully submitted,
Plaintiff,
**THOMAS D. GILLIS,**
By his attorneys,

/s/ Lawrence P. Murray
LAWRENCE P. MURRAY BBO# 561835
EVELYN A. HARALAMPU BBO# 221130
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: April 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed though the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 30, 2007.


                                                   /s/ Lawrence P. Murray
                                                   Lawrence P. Murray

J:\Docs\24651\00000\01126640.DOC