*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 07-1777

USDC Docket Number : 03-cv-12389

Thomas D. Gillis

v.

SPX Corporation Individual Account Retirement Plan, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 46

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 15, 2007.

Sarah A. Thornton, Clerk of Court

By:

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/15/07 .

Deputy Clerk, US Court of Appeals

- 3/06