# United States Court of Appeals
## For the First Circuit

No. 07-1777

THOMAS D. GILLIS,

Plaintiff, Appellant,

v.

SPX CORPORATION INDIVIDUAL ACCOUNT RETIREMENT PLAN
AND SPX RETIREMENT ADMINISTRATIVE COMMITTEE,

Defendants, Appellees.

---

**JUDGMENT**

Entered: December 19, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of SPX Corporation Individual Account Retirement Plan is affirmed.

By the Court:

RICHARD CUSHING DONOVAN

---
Richard Cushing Donovan, Clerk

[cc: Ms. Haralampu, Mr. Murray, Mr. Twohig, Ms. Trueblood, Mr. Ward, Mr. Vail, Mr. Jacobson, Mr. Bricker, Mr. Cavanaugh, Mr. Gallagher & Mr. Smith.]